EFFYE LEWIS *v.* MICHIGAN MILLERS MUTUAL INSURANCE COMPANY

The motion by the defendant to strike, erase and expunge the plaintiff's request for a finding and draft finding in the appeal from the Court of Common Pleas in New Haven County is dismissed.

*George L. Eastman,* in support of the motion.

Submitted March 14—decided April 26, 1966

MARTIN C. BIELIK *v.* WARDEN, STATE PRISON

The motion by the plaintiff for a certificate of probable cause for leave to proceed with his appeal from the Superior Court in Hartford County is dismissed.

*Martin C. Bielik,* pro se, on the motion.

Submitted April 4—decided April 26, 1966

TOWN OF WINDSOR *v.* CONNECTICUT STATE BOARD OF LABOR RELATIONS ET AL.

The motion by the named defendant to dismiss the appeal from the Superior Court in Hartford County is denied.

*Alphonse C. Jachimczyk,* for the appellee (named defendant).

*Norman J. Bernstein,* for the appellant (plaintiff).